**CIVIL CAUSE FOR**
**PRE-TRIAL CONFERENCE**

**BEFORE: WEXLER, J.**         **DATE: JANUARY 26, 2012**         **TIME: 11:00 A.M.**
                                                           **TOTAL TIME: 1 HR**

**DOCKET #:**  **CV 08-0474**

**TITLE:**     **GIBSON, et al**     **v.**     **CROSS SOUND FERRY SERVICES, INC**

     **APPEARANCES:**

       **PLTFF**                    **GEORGE R. GRIDELLI, ESQ**

       **DEFT**                     **ALFRED J. WILL, ESQ**
                                        **LISA ANN SCOGNAMILLO, ESQ**

**Case called.**

**Counsel present.**

**Conference held.**

**Discovery completed.**

**Case marked ready for trial.**

**Jury selection on APRIL 16, 2012 @ 9:00 A.M.**

**Proceedings concluded.**