Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Richard M. Borrelli
Dylan J. Brennan
Charles F. Burkwit
Joseph J. Capetola
Stephen C. Ciocca
Michael J. Cooper
Christopher D. D'Amato
Nicholas B. Davis
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman
George R. Gridelli
Timothy R. Hedges
Sean P. Kelley
Lisa F. King
Agatino LaTorre, Jr.

John W. Looney
Michael J. Lovecchio
William J. Loyd
Brett L. Manske
James E. Maslyn
Michael T. Mullen
John C. Murrett, Jr.
Christian R. Oliver
Gregory V. Pajak
Scott K. Rohring
Stephen A. Saltzman
Robert A. Scalione
Robert J. Schreck
Jeffrey C. Sendziak
Douglas E. Shayne
John A. Sheehan
Ellen B. Sturm
Peter J. Sweeney
Robert L. Voltz
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer



# Cellino & Barnes, p.c.

ATTORNEYS AT LAW

April 20, 2012

**VIA ECF**

Magistrate Judge E. Thomas Boyle
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza – Courtroom 830
Central Islip, NY 11788

    RE:    **Heather Gibson and Jonathan Gibson
             v. Cross Sound Ferry Services, Inc.
             CV 08 0474 (TCP)(ETB)**

Honorable Magistrate Judge E. Thomas Boyle:

        Please be advised that Dr. Stephen H. Marcus will be added as a medical expert to be called at time of trial on behalf of the plaintiff, Heather Gibson.

                                    Respectfully submitted,

                                    George R. Gridelli
                                    (800) 621-2020 x512

GRG:dd
Encl.
Cc:    <u>via ECF</u>
       **BADIAK & WILL, LLP.**
       Alfred J. Will, Esq.
       Attorneys for Defendant
       106 Third Street
       Mineola, New York 11501-4404

A Professional Corporation

Offices in Buffalo, Rochester, Long Island, and New York, New York
600 Old Country Road, Suite 500 • Garden City, New York 11530 • Tel: (800) 621-2020 • Fax: (877) 227-8020
www.cellinoandbarnes.com