**CIVIL CAUSE FOR**
**JURY SELECTION**

**BEFORE: WEXLER, J.**        **DATE: MAY 14, 2012**    **TIME: 11:00 A.M.**
                                                        **TOTAL TIME: 3 HRS**

**DOCKET #:  CV 08-0474**

**TITLE:      GIBSON, et al        v.     CROSS SOUND FERRY SERVICES, INC**

**APPEARANCES:**

   **PLTFF**              **GEORGE R. GRIDELLI, ESQ**

   **DEFT**               **ALFRED J. WILL, ESQ**
                          **LISA ANN SCOGNAMILLO, ESQ**

**CASE CALLED.**

**COUNSEL PRESENT.**

**JURY SELECTION CONFERENCE HELD WITH CLERK AND COUNSEL.**

**IN CAMERA CONFERENCE BEFORE JUDGE WITH COUNSEL.**

**JURY SELECTION ORDERED AND BEGUN.**

**JURY SELECTION HELD.**

**JURY SELECTED AND SATISFIED.**

**TRIAL TO COMMENCE ON MAY 17, 2012 @ 10:00 A.M.**