**CIVIL CAUSE**
**FOR TRIAL**

**BEFORE: WEXLER, J.**          **DATE: MAY 17, 2012**     **TIME: 11:00 A.M.**
                                                **TOTAL TIME: 7 HRS**

**DOCKET #:   CV 08-0474**

**TITLE:       GIBSON, et al      v.    CROSS SOUND FERRY SERVICES, INC**

   **APPEARANCES:**

   **PLTFF**          **GEORGE R. GRIDELLI, ESQ**

   **DEFT**           **ALFRED J. WILL, ESQ**
                      **LISA ANN SCOGNAMILLO, ESQ**

   **COURT REPORTER**     **DOMINICK TURSI**

**CASE CALLED.**

**COUNSEL PRESENT.**

**JURY SWORN.**

**TRIAL ORDERED AND BEGUN.**

**PRELIMINARY INSTRUCTIONS BY THE COURT TO THE JURY.**

**PLAINTIFF'S OPENING STATEMENT.**

**DEFENDANT'S OPENING STATEMENT.**

**PLAINTIFF ADUCED EVIDENCE.**

**TRIAL CONTINUED TO MAY 18, 2012 @ 9:30 AM.**