**CIVIL CAUSE**
**ON TRIAL**

**BEFORE: WEXLER, J.**          **DATE: MAY 18, 2012**     **TIME: 11:00 A.M.**
                                                        **TOTAL TIME: 3 HRS**

**DOCKET #:**   **CV 08-0474**

**TITLE:**     **GIBSON, et al**     **v.**     **CROSS SOUND FERRY SERVICES, INC**

    **APPEARANCES:**

      **PLTFF**         **GEORGE R. GRIDELLI, ESQ**

      **DEFT**         **ALFRED J. WILL, ESQ**
                            **LISA ANN SCOGNAMILLO, ESQ**

      **COURT REPORTER**     **DOMINICK TURSI**

**CASE CALLED.**

**COUNSEL PRESENT.**

**TRIAL RESUMED.**

**PLTFF ADDUCED FURTHER EVIDENCE.**

**TRIAL CONTINUED TO MAY 21, 2012 @ 9:30 AM.**