1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NEW YORK
2

3     -------------------------------X
      HEATHER GIBSON and
4     JONATHAN GIBSON,
                          :  CV-08-474
5                            (LDW)
           Plaintiffs,
6                          :  United States Courthouse
        -against-             Central Islip, New York
7
      CROSS SOUND FERRY SERVICES, INC.,
8                          :  May 18, 2012
           Defendant.         9:45 a.m.
9     -------------------------------X

10                  TRANSCRIPT OF TRIAL
           BEFORE THE HONORABLE LEONARD D. WEXLER
11       UNITED STATES DISTRICT COURT JUDGE, and a jury.

12
      APPEARANCES:
13
      For the Plaintiff:      GEORGE R. GRIDELLI, ESQ.
14                            Cellino & Barnes
                              600 Old Country Road
15                            Garden City, New York 11530

16

17    For the Defendant:      ALFRED J. WILL, ESQ.
                              LISA ANN SCOGNAMILLO, ESQ.
18                            Badiak & Will
                              106 Third Street
19                            Mineola, New York 11501

20

21
      Official Court Reporter:    Paul J. Lombardi, RMR, FCRR
22    Ph. (631) 712-6106          100 Federal Plaza - Suite 1180
      Fax (631) 712-6122          Central Islip, New York 11722
23

24

25          Proceedings recorded by mechanical stenography.
               Transcript produced by CAT.

1          (Trial resumes.)

2

3          THE COURT:  Okay.

4          We are bringing in the jury.  Where's the

5   lawyer?

6          You want to call him?

7          MR. WILL:  I believe he went to the men's room.

8          THE COURT:  Okay.

9          We'll wait.

10          (Whereupon, there was a pause in the

11   proceedings.)

12

13          (Jury enters the courtroom.)

14          THE COURT:  Be seated.

15          Call your next witness.

16          MR. GRIDELLI:  Jonathan Gibson.

17          THE CLERK:  Remain standing, raise your right

18   hand.

19   **JONATHAN GIBSON**,

20          having been duly sworn, was examined

21          and testified as follows:

22          THE CLERK:  Be seated.

23          State your name.  Spell it for the record.

24          THE WITNESS:  My name is Jonathan Gibson,

25   J-O-N-A-T-H-A-N, G-I-B-S-O-N.

1    THE COURT:  Keep your voice up so the jury can

2  hear it, please.

3    Go ahead.

4  DIRECT EXAMINATION

5  BY MR. GRIDELLI:

6  Q.   Good morning, Jonathan.

7  A.   Good morning.

8  Q.   Are you married to Heather Gibson?

9  A.   Yes.

10  Q.   Are you one of the plaintiffs in this lawsuit?

11  A.   Yes.

12  Q.   When did you marry Heather?

13  A.   November -- December 2006.

14    THE COURT:  You are going to have to talk into

15  the microphone.

16    Pull it up a little higher.

17  A.   Hello.

18    THE COURT:  There you go.

19  BY MR. GRIDELLI:

20  Q.   Prior to marrying her, had you dated her for a period

21  of time?

22  A.   Yes.

23  Q.   For how long?

24  A.   About a year.

25  Q.   When you dated her, did you know she was going

1  through a divorce?

2  A.   Yes.

3  Q.   You knew she had three children from that marriage?

4  A.   Yes.

5  Q.   Did you become a stepfather to those three children?

6  A.   Yes, I have.

7  Q.   And where do you reside with Heather and the three

8  children now?

9  A.   510 Cedar Drive in Southold, New York.

10  Q.   Did you become aware that she was injured on the

11  ferry back in November of '07?

12  A.   Yes.

13  Q.   So that was less than a year from the time you got

14  married.

15       Right?

16  A.   Yes.

17  Q.   Can you describe for the judge and the jury what your

18  life was with Heather that first 11 months of your

19  marriage?

20  A.   It was wonderful.

21  Q.   Tell us the type of things you did, the type of

22  things you shared, et cetera.

23  A.   We would go out to eat.

24       We just enjoyed life together.  We would do

25  everything -- she's my best friend.  So whatever we could

1    do, we did always together.

2            We would go fishing, boating, clamming, go out

3    to eat, go for walks, bike rides.

4            We would talk for hours, I mean, beyond hours.

5    Q.   You have to keep your voice up, John.

6            They have to hear you.

7    A.   Okay.

8            We did a lot of fun stuff together.

9    Q.   You owned a house in Southold when you got married.

10           Correct?

11   A.   Yes.

12   Q.   And at some point you deeded part of that house or an

13   interest in that house to Heather?

14   A.   Yes.

15   Q.   There was some claim made in opening statements about

16   that.  So let's discuss that.

17           Did Heather ask you to do that?

18   A.   No.

19   Q.   How did it come about?

20   A.   I asked her.

21           And at first she was totally against it.  She

22   didn't want to go on the deed.  She didn't want to be part

23   of the deed or anything.  She just -- she felt it was my

24   home, and there was no reason to go on it.

25           I talked her into it.

1  Q.  There's been some allegations made in the opening

2  statement by defense attorney that Heather Gibson is an

3  opportunist in this lawsuit and an opportunist in marrying

4  you.

5      Why did you marry Heather?

6  A.  Because I fell in love with her.

7  Q.  Why do you think Heather married you?

8  A.  I hope because she fell in love with me too.

9  Q.  Now, at some point you became aware that she was

10  injured on that ferry ride on November 16, 2007?

11  A.  Yes.

12  Q.  When did you first find out about that?

13  A.  That night when she came home.

14  Q.  Can you best recall what was said or what you

15  observed that night after she returned home from that

16  ferryboat trip?

17  A.  Yeah.

18      When she came home she had tears in her eyes.

19  She was in pain from the accident --

20  Q.  Jonathan, you have to just speak louder.

21  A.  Yes.

22      She said that the ferry felt like it crashed,

23  that, you know, she described it in the sense that the way

24  the boat came out of the water and came back down.

25  Q.  Were you present at any point when she made any calls

1   to the Cross Sound Ferry people to discuss this incident?

2   A.   Yes.

3        Saturday was the first time she tried calling.

4   Q.   That would be the following day, correct?

5   A.   Yes, the following day.

6   Q.   And you were present when she made that call?

7   A.   Yes, I was.

8   Q.   What was she told to do?

9   A.   Call back on Sunday.

10       MR. WILL:  Objection.

11       THE COURT:  I'll sustain that objection.

12       MR. GRIDELLI:  May I have a sidebar on that,

13  your Honor?

14       THE COURT:  No.

15  BY MR. GRIDELLI:

16  Q.   Did she call Sunday?

17  A.   Yes, she did.

18  Q.   What was she told to do when she called Sunday?

19       MR. WILL:  Objection.

20       THE COURT:  How do you know what she was told

21  over the phone?

22       THE WITNESS:  I was sitting there with her.

23       THE COURT:  Did you hear what the conversation

24  was?

25       THE WITNESS:  Not exactly.

1          THE COURT:  Okay.

2          Sustained.

3          MR. GRIDELLI:  May I have a sidebar?

4          THE COURT:  She can testify.

5          MR. GRIDELLI:  May I have a sidebar on that?

6          THE COURT:  You can have a sidebar.

7          MR. GRIDELLI:  Thank you.

8          (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Sidebar.)

2          MR. GRIDELLI:  Heather Gibson testified she told

3    her husband these things.  That's how he got the

4    information.

5          It's no longer an out-of-court statement because

6    she said it in court.  This corroborates --

7          THE COURT:  Sustained.

8          MR. GRIDELLI:  Thank you.

9          (Sidebar concluded.)

10          (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court.)

2          THE COURT:  The question was did he do it the

3     right way?

4          I said, yes.  He did it the right way, but it's

5     still overruled.

6          Go ahead.

7     BY MR. GRIDELLI:

8     Q.   Did there come a time that you became aware that

9     Heather went for medical care and treatment as a result of

10    the injuries she sustained?

11    A.   Yes.

12    Q.   When did she first go to medical care or treatment?

13    A.   That Monday.

14    Q.   Do you know how she got to the facility that she went

15    to?

16    A.   I believe her mother took her.

17    Q.   Your mother or her mother?

18    A.   Her mother.

19    Q.   And during the course of the next few months and into

20    a couple of years, were you aware or not whether Heather

21    was getting medical treatment for her injuries?

22    A.   I'm sorry.

23          Can you repeat that?

24    Q.   Sure.

25          Are you aware of whether Heather was getting

1    medical care and treatment for her injuries over the next

2    months and years after this incident?

3    A.    Yes.

4    Q.    How would Heather normally get to those medical

5    facilities?

6    A.    I would drive her, sometimes her mother would drive

7    her.

8    Q.    Did she ever make any specific complaints to you

9    about what was causing her pain and discomfort?

10   A.    Yeah, her low back would hurt her.

11            She couldn't sit down all that well.

12            THE COURT:  You are going to have to talk into

13   the mike.

14            THE WITNESS:  Sorry.

15   A.    Yes.

16            She couldn't sit down that well.  Very difficult

17   to sit down, actually.

18            The best position would be standing and actually

19   walking.

20   Q.    Any other complaints?

21   A.    Yes.

22            She would complain about her hand hurting her

23   and her arm.

24   Q.    That would be her right hand and arm?

25   A.    Yes, she would constantly hold it and grab things.

1      MR. GRIDELLI:  Judge, with the court's

2  permission can I stand a little over here.

3      I think it would make Mr. Gibson speak a little

4  louder.

5      THE COURT:  No.

6      He has to learn to speak louder.  He's a

7  plaintiff, isn't he?

8      MR. GRIDELLI:  I'm sorry.

9      THE COURT:  Speak up.

10      We want to hear you.

11      THE WITNESS:  Okay.

12  BY MR. GRIDELLI:

13  Q.   At some point, Heather had surgery.

14      Correct?

15  A.   Yes.

16  Q.   And that was in April of 2011?

17  A.   Yes, it was.

18  Q.   Prior to that, did any of your family members come to

19  live with you to help?

20  A.   Yes.

21      Actually Heather's mom came to live with us.

22  Q.   Do you recall when she came there?

23  A.   It was sometime in February.

24  Q.   Was that when she started sleeping in the camper?

25  A.   She stayed in the house and the camper.

1    She didn't specifically stay in the camper all

2  the time, yes.

3  Q.   And after the surgery was your wife confined to her

4  bed for any period of time?

5  A.   Yes.

6  Q.   For how long?

7  A.   About three, four weeks.

8  Q.   And did her mother stay after the surgery also?

9  A.   She stayed until August.

10 Q.   So from February to August her mother stayed to help?

11 A.   Yeah.

12    She helped clean, cook, take care of the house,

13 the kids.  It was great.

14    It was actually really nice.

15 Q.   And did your mom back then live in the area?

16 A.   Yes, my mother still does.

17    She lives in Ridge.

18 Q.   And did your mom ever come over to assist with the

19 housekeeping, homemaking, et cetera?

20 A.   Actually she did, yes, before and after.

21 Q.   Did you take any vacations at all since the accident

22 in November of '07?

23 A.   Yes.

24 Q.   How many?

25 A.   Maybe three or four.

1  Q.  With Heather?

2  A.  Yes.

3  Q.  Where did you go?

4  A.  We went to Florida.

5  Q.  When you went to Florida, this is after the accident

6  now I'm talking about.

7  A.  Yes, after the accident.

8  Q.  Where did you go?

9  A.  Orlando.

10  Q.  How long were you there?

11  A.  I don't know, exactly.

12       Maybe seven days or ten days.

13  Q.  Did you go to Disney on that trip?

14  A.  Yes.

15  Q.  Did Heather partake in any of the rides?

16  A.  No.

17  Q.  What other vacations?

18  A.  We went to the Jersey Shore, I think that was, like,

19  two or three days just to get away.

20  Q.  Did Heather do any type of physical activities on

21  that Jersey Shore trip?

22  A.  No.

23       It was actually relaxing, stay at the hotel.

24       THE COURT:  You have to keep your voice up.

25  A.  Yes.

1      We went down, just went down to relax, actually,
2  in the hotel.
3  Q.   Let's talk about your relationship after the
4  accident, the things that you did, did it change in any
5  way?
6  A.   Yes.
7  Q.   How did it change?
8  A.   How did it change, well, we would go out -- say we
9  would go out down to the water and go clamming, we'd spend
10 three, four, maybe five hours down there.
11     And afterwards, maybe a half an hour, 45
12 minutes.
13 Q.   So before the incident you would do something for
14 four to five hours and after it would be an hour, or a
15 half an hour?
16 A.   If we were lucky.
17     The frequency was less.  We loved the water.  We
18 loved to go to the ocean.  We loved fishing, like I said
19 before, some days -- I mean, some weeks we'd spend every
20 day we could down there.
21     And after the accident we were lucky if we got
22 down there once or twice a month.
23 Q.   You mentioned biking, I think.
24     Did that continue after the accident?
25 A.   Not at all.

1    Q.   These long walks, did that continue after the

2    accident?

3    A.   No.

4    Q.   Did your intimacy with your wife change as a result

5    of this accident?

6    A.   Yes.

7    Q.   Did it change in a positive or a negative way?

8    A.   In a negative way.

9    Q.   In the first year of your marriage Heather would take

10   the children to visit the father every weekend?

11   A.   Pretty much.

12   Q.   And after this accident would she continue to take

13   the ferry ride over?

14   A.   No, maybe once or twice in the last three, four

15   years, four years now.

16   Q.   And do you know why she stopped doing that?

17   A.   She's afraid to actually go on the ferry.

18        THE COURT:  I'm sorry.

19        I didn't hear the answer.

20        THE WITNESS:  She's afraid to go on the ferry.

21   BY MR. GRIDELLI:

22   Q.   And who would take the children, let's say, when she

23   stopped?

24   A.   I would take them and my stepdaughter Jess would take

25   them as well.

1       And, actually, Heather's mother took them for a

2   while too, and my mother took them a few times, the kids a

3   few times.

4   Q.   Have you seen any improvement in Heather's condition

5   since the surgery?

6   A.   Major improvement, yes.

7   Q.   If you compare Heather before the accident and after

8   the surgery, is she back to the way she was?

9   A.   No.

10  Q.   If you could put a percentage on it, could you give

11  me an idea of what you think she is, 10 percent back, 90

12  percent back?

13          MR. WILL:  Objection.

14          THE COURT:  Sustained.

15  BY MR. GRIDELLI:

16  Q.   Can you describe for me the difference, if there is a

17  difference.

18  A.   Yeah.

19          I would say probably about 70 percent back.

20          MR. WILL:  Objection.

21          THE COURT:  I'll allow it.

22  BY MR. GRIDELLI:

23  Q.   Thank you.

24          MR. GRIDELLI:  Nothing further, your Honor.

25

1  CROSS-EXAMINATION

2  BY MR. WILL:

3  Q.   Good morning.

4  A.   Good morning.

5  Q.   Earlier in your direct examination you testified that

6  the issue of having Heather on the deed had come up and

7  you said -- you said you brought it up and she essentially

8  didn't want to be on the deed.

9  A.   Yes.

10 Q.   Now, do you remember when I took your deposition back

11 in October of 2009 and I asked you if you owned your own

12 home?

13 A.   Yes.

14 Q.   And I asked you if Heather was on the deed of the

15 house?

16 A.   Yes.

17          MR. GRIDELLI:  Can I have the page and the line.

18          MR. WILL:  Page 24, line 19.

19          MR. GRIDELLI:  Thank you.

20 BY MR. WILL:

21 Q.   And you said:

22          I think so?

23 A.   Yes.

24 Q.   I think so.

25          So you weren't sure in 2009 where she was on the

1  deed.

2  A.   I wasn't sure, I said I think so, yes.

3  Q.   You think so.

4        But apparently you had a conversation with her

5  where you were trying to get her on the deed and she was

6  resistant.

7  A.   Yes, I did.

8  Q.   And then she was put on the deed?

9  A.   Yes.

10 Q.   You also testified a minute ago that Heather hasn't

11 been riding the ferry in the last few years?

12       MR. GRIDELLI:  Objection.

13 A.   I said she went a few times.

14       THE COURT:  Overruled.

15 BY MR. WILL:

16 Q.   And Heather was aware she was being surveilled,

17 correct?

18 A.   Yes.

19 Q.   And that's the reason she wasn't riding the ferry.

20       Correct?

21 A.   No.

22 Q.   Now, you were not on the vessel that night?

23 A.   Excuse me?

24 Q.   You were not on the vessel in November 2007?

25 A.   Was I on the vessel?

1  Q.   Yes, in November of 2007 when this incident allegedly

2  took place?

3  A.   Was I?

4        No, I was not.

5  Q.   So you didn't see the alleged incident?

6  A.   No, I did not.

7  Q.   You became disabled in October of 2005.

8        Correct?

9  A.   Yes.

10 Q.   It was from a fall at work?

11 A.   Yes.

12        THE COURT:  I'm sorry.

13        I didn't hear what you said.

14        MR. WILL:  He became disabled in October of

15 2005.

16        THE COURT:  Okay.

17 BY MR. WILL:

18 Q.   And it was from a fall at work?

19 A.   Yes.

20 Q.   After 2005 you started collecting social security

21 disability?

22 A.   Yes.

23 Q.   And at the time of your marriage to Heather you were

24 collecting social security disability?

25 A.   Yes.

1    Q.    And you married her you said in December of 2006?

2    A.    Yes.

3    Q.    After you married Heather -- she was not working at

4    the time you met her?

5    A.    No.

6    Q.    And after you married her, she put in for and started

7    collecting social security disability as your spouse.

8         Correct?

9    A.    Yes.

10   Q.    And after 2006, she hasn't worked outside of her

11   house?

12   A.    She had her own business.

13   Q.    That's not the question.

14        She had not worked for a commercial organization

15   outside the house?

16   A.    No.

17   Q.    I want to ask you some questions about the things you

18   continue to do with your wife since the accident.

19        You understand?

20   A.    Yes.

21   Q.    Neither of you have been working, correct?

22   A.    I worked this past January.

23   Q.    Before January?

24   A.    No.

25   Q.    So you spent time at home together?

1    A.    Yes.

2    Q.    And you have transported dogs around for her,

3    correct?

4    A.    Yes.

5    Q.    You and her drive the children to sporting events

6    together?

7    A.    Yes.

8    Q.    And you watched the children play sporting events

9    together?

10   A.    Yes.

11   Q.    And you just testified there were three to four

12   vacations since the incident?

13   A.    Yes.

14   Q.    And the one was to Florida?

15   A.    Yes.

16   Q.    One was to Jersey Shore?

17   A.    Yes.

18   Q.    Where were the other two?

19   A.    I can't recall, exactly.

20   Q.    Were they out of state?

21   A.    I think so.

22   Q.    Excuse me?

23   A.    I said I think so.

24         I don't exactly recall.

25   Q.    You don't recall the vacations?

1  A.  I remember clearly the Florida one and the

2  Jersey Shore one.

3  Q.  What about Nickelodeon, you remember that?

4  A.  That was in 2005, I believe.

5        THE COURT:  I'm sorry.

6        I couldn't hear what you said.

7        THE WITNESS:  Nickelodeon was 2005.

8  BY MR. WILL:

9  Q.  But there are two other vacations you can't recall

10  now?

11        MR. GRIDELLI:  Objection.

12        THE COURT:  Overruled.

13  A.  One other one I think, yes.

14  Q.  When you went down to Disney, you walked around and

15  went to the different venues?

16  A.  Yeah.

17        We took our time, spent ten days there.

18  Q.  You said seven to ten days down there?

19  A.  Yes.

20  Q.  And you went around walking to the different

21  amusements?

22  A.  Yeah, a couple of those days.

23        Other days we spent in the hotel and her

24  mothers.

25  Q.  Were you at the Disney hotel or were you off-site?

1    A.    We were -- I think we were on site at that time.

2    Q.    Did you go to Universal Studios?

3    A.    Yes.

4    Q.    And you walked around Universal?

5    A.    Yes.

6    Q.    And we are talking about you, Heather and the family?

7    A.    Yes.

8          I took a motorized thing, but, yes, walked

9    around.

10   Q.    Now, you also had gone out shopping with your wife

11   since this?

12   A.    Yes.

13   Q.    And you go out to dinner together?

14   A.    Yes.

15   Q.    I believe you go to Applebee's?

16   A.    Occasionally.

17         It's not my favorite place, but we go there.

18   Q.    Chinese restaurant in Mattituck?

19   A.    Yes, takeout.

20   Q.    Now, you have a 19-foot Mako or had a 19-foot Mako

21   boat?

22   A.    I did.

23   Q.    Do you still have it?

24   A.    No.

25   Q.    You sold that boat?

1    A.    I did.

2    Q.    When you did have that boat, Heather was out on that

3    boat with you?

4              MR. GRIDELLI:  Time frame, your Honor.

5              MR. WILL:  After the incident.

6              All the questions relate to after the alleged

7    incident.

8    A.    After November of 2007?

9    Q.    Yes.

10   A.    Yes, she's been out on the boat.

11   Q.    And you fish together?

12   A.    We have.

13   Q.    And that was on the Mako

14   A.    The Mako, yeah, I believe there were two or three

15   times we went out.

16   Q.    And that was for a few hours at a time?

17   A.    Maybe an hour or two.

18   Q.    Now, you said you have a new boat?

19   A.    I didn't say anything about a new boat.

20   Q.    But do you have a new boat?

21   A.    Yes, I have a new boat.

22   Q.    And it's a Pro-Line?

23   A.    Yes.

24   Q.    And how long is that?

25   A.    That's a 23 foot.

1    Q.    What's the horsepower?

2    A.    260.

3    Q.    Excuse me?

4    A.    260.

5    Q.    Is that inboard or outboard?

6    A.    It's an inboard.

7    Q.    Inboard.

8          And is it correct that just the last weekend you

9    were out on that boat with Heather?

10   A.    Yes.

11   Q.    And last summer, after her surgery, she was out on

12   that boat?

13   A.    I think she went on one time.

14   Q.    But she was out on the boat?

15   A.    Yes, I think it was one time.

16         THE COURT:  What body of water do you go on?

17         THE WITNESS:  In the bay, the Peconic Bay.

18         THE COURT:  Okay.

19   BY MR. WILL:

20   Q.    On the new boat you have been out fishing with her.

21         Correct?

22   A.    We went out last time one time, yes.

23   Q.    Now, when you go out with her you usually do the

24   driving.

25         Is that correct?

1    A.    Yes.

2    Q.    When you are together, she does show you affection,

3    is that correct?

4    A.    Of course.

5    Q.    She has cooked for you?

6    A.    She has.

7    Q.    She's done the household food shopping?

8    A.    Yes, she has.

9    Q.    With respect to the different services or things that

10   you claim that she couldn't do, you have never hired any

11   third party --

12   A.    No.

13   Q.    -- to perform the services you claim she couldn't do?

14   A.    No.

15   Q.    Since the incident, you and she have been having

16   sexual intercourse, correct?

17   A.    Since the incident?

18   Q.    Yes.

19   A.    Yes.

20         MR. WILL:  I have no further questions, your

21   Honor.

22   REDIRECT EXAMINATION

23   BY MR. GRIDELLI:

24   Q.    Jonathan, that trip to the Jersey Shore, was it

25   before or after the surgery?

1  A.   I'm sorry.

2        I can't help you with that.

3  Q.   You don't remember?

4  A.   I don't remember.

5  Q.   And --

6  A.   You know what, I believe it was after.

7        I think it was -- I'm pretty sure it was

8  afterwards because I know --

9  Q.   Okay.

10  A.   I think.

11  Q.   And the surgery we are talking about is the spinal

12  fusion surgery?

13  A.   Yes.

14        MR. WILL:  Objection.

15        THE COURT:  I'll let it stand.

16  BY MR. GRIDELLI:

17  Q.   And did your wife do any gardening before the

18  accident?

19        MR. WILL:  Objection.

20        THE COURT:  Sustained.

21        MR. GRIDELLI:  Judge, he went through all the --

22        THE COURT:  Sustained.

23  BY MR. GRIDELLI:

24  Q.   Now, it was brought out that you became disabled in

25  2005?

1    A.    Yes.

2    Q.    What did you do for a living before you became

3    disabled?

4    A.    A broadcast engineer supervisor for HBO, Time Warner.

5    Q.    Can you tell the jury what you earned as a broadcast

6    supervisor for HBO?

7              MR. WILL:  Objection.

8              THE COURT:  Sustained.

9              MR. GRIDELLI:  May we have a sidebar, your

10   Honor?

11             THE COURT:  Yes.

12             You may have a sidebar.  You did this right

13   again.

14             (Continued on next page.)

15

16

17

18

19

20

21

22

23

24

25

1    (Sidebar.)

2    THE COURT:  Yes.

3    MR. GRIDELLI:  Defense counsel brought out the

4    fact in opening statement that she's an opportunist, she's

5    married him and now she's collecting disability from him

6    and that's one of the reasons why she married him, made it

7    clear.

8    THE COURT:  Yes.

9    MR. GRIDELLI:  I want to point out he was

10   earning over $100,000 a year and now he's earning 40.

11   THE COURT:  Loud enough, why don't you address

12   the jury?

13   MR. GRIDELLI:  I'm just angry.

14   I'm sorry.

15   THE COURT:  Good.

16   Overruled.

17   (Sidebar concluded.)

18   (Continued on next page.)

19

20

21

22

23

24

25

1           (In open court.)

2 BY MR. GRIDELLI:

3 Q.   Before Heather married you, did she know you were

4 disabled?

5 A.   Yes.

6 Q.   Were you earning more or less, not the amount, were

7 you earning more when you were working than you are

8 earning on disability?

9           MR. WILL:  Objection.

10           THE COURT:  Sustained.  Sustained.

11           You didn't hear me?  I'll say it again.

12           MR. GRIDELLI:  I heard the second time.

13           Thank you.

14           THE COURT:  Okay.

15           MR. WILL:  No further questions.

16           THE COURT:  You may step down.

17           Do we have any other witnesses for today?

18           MR. GRIDELLI:  Your Honor, my expert is only

19 available Monday morning.

20           THE COURT:  All right.

21           See you Monday morning at 9:30.  Don't discuss

22 the case.  Don't form an opinion.

23           The defense will have witnesses ready for then?

24           MR. WILL:  Yes, your Honor.

25           THE COURT:  That's your last witness, I

1    understand.

2              MR. GRIDELLI:  Then I have the doctor on

3    Tuesday.

4              THE COURT:  I know.

5              So you will be prepared to follow his expert on

6    Monday.

7              MR. WILL:  Yes, your Honor.

8              THE COURT:  So we can get some time in.

9              MR. WILL:  Yes.

10             THE COURT:  Have a nice weekend.

11             (Jury leaves the courtroom.)

12             (Whereupon, the trial was adjourned until

13   Monday, May 21st, at 9:30 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

**I N D E X**

Witnesses                                              Page


**JONATHAN GIBSON**                                    197

DIRECT EXAMINATION

BY MR. GRIDELLI                                        198

CROSS-EXAMINATION

BY MR. WILL                                            213

REDIRECT EXAMINATION

BY MR. GRIDELLI                                        222

## $

**$100,000** [1] - 225:10

## '

**'07** [2] - 199:11, 208:22

## 1

**10** [1] - 212:11
**100** [1] - 196:22
**106** [1] - 196:18
**11** [1] - 199:18
**11501** [1] - 196:19
**11530** [1] - 196:15
**11722** [1] - 196:22
**1180** [1] - 196:22
**16** [1] - 201:10
**18** [1] - 196:8
**19** [1] - 213:18
**19-foot** [2] - 219:20
**197** [1] - 228:6
**198** [1] - 228:8

## 2

**2005** [6] - 215:7, 215:15, 215:20, 218:4, 218:7, 223:25
**2006** [3] - 198:13, 216:1, 216:10
**2007** [4] - 201:10, 214:24, 215:1, 220:8
**2009** [2] - 213:11, 213:25
**2011** [1] - 207:16
**2012** [1] - 196:8
**213** [1] - 228:10
**21st** [1] - 227:13
**222** [1] - 228:12
**23** [1] - 220:25
**24** [1] - 213:18
**260** [2] - 221:2, 221:4

## 4

**40** [1] - 225:10
**45** [1] - 210:11

## 5

**510** [1] - 199:9

## 6

**600** [1] - 196:14
**631** [2] - 196:22, 196:22

## 7

**70** [1] - 212:19
**712-6106** [1] - 196:22
**712-6122** [1] - 196:22

## 9

**90** [1] - 212:11
**9:30** [2] - 226:21, 227:13
**9:45** [1] - 196:8

## A

**a.m** [2] - 196:8, 227:13
**accident** [13] - 201:19, 208:21, 209:5, 209:7, 210:4, 210:21, 210:24, 211:2, 211:5, 211:12, 212:7, 216:18, 223:18
**activities** [1] - 209:20
**address** [1] - 225:11
**adjourned** [1] - 227:12
**affection** [1] - 222:2
**afraid** [2] - 211:17, 211:20
**afterwards** [2] - 210:11, 223:8
**ago** [1] - 214:10
**ahead** [2] - 198:3, 205:6
**ALFRED** [1] - 196:17
**allegations** [1] - 201:1
**alleged** [2] - 215:5, 220:6
**allegedly** [1] - 215:1
**allow** [1] - 212:21
**amount** [1] - 226:6
**amusements** [1] - 218:21
**angry** [1] - 225:13
**ANN** [1] - 196:17
**answer** [1] - 211:19
**APPEARANCES** [1] - 196:12
**Applebee's** [1] - 219:15
**April** [1] - 207:16
**area** [1] - 208:15
**arm** [2] - 206:23, 206:24
**assist** [1] - 208:18
**attorney** [1] - 201:2
**August** [2] - 208:9, 208:10
**available** [1] - 226:19
**aware** [6] - 199:10,

## 7

201:9, 205:8, 205:20, 205:25, 214:16

## B

**Badiak** [1] - 196:18
**Barnes** [1] - 196:14
**bay** [1] - 221:17
**Bay** [1] - 221:17
**became** [6] - 201:9, 205:8, 215:7, 215:14, 223:24, 224:2
**become** [2] - 199:5, 199:10
**bed** [1] - 208:4
**BEFORE** [1] - 196:10
**best** [3] - 199:25, 201:14, 206:18
**beyond** [1] - 200:4
**bike** [1] - 200:3
**biking** [1] - 210:23
**boat** [14] - 201:24, 219:21, 219:25, 220:2, 220:3, 220:10, 220:18, 220:19, 220:20, 220:21, 221:9, 221:12, 221:14, 221:20
**boating** [1] - 200:2
**body** [1] - 221:16
**bringing** [1] - 197:4
**broadcast** [2] - 224:4, 224:5
**brought** [3] - 213:7, 223:24, 225:3
**business** [1] - 216:12
**BY** [21] - 198:5, 198:19, 202:15, 205:7, 207:12, 211:21, 212:15, 212:22, 213:2, 213:20, 214:15, 215:17, 218:8, 221:19, 222:23, 223:16, 223:23, 226:2, 228:8, 228:10, 228:12

## C

**camper** [3] - 207:24, 207:25, 208:1
**care** [4] - 205:9, 205:12, 206:1, 208:12
**case** [1] - 226:22
**CAT** [1] - 196:25
**causing** [1] - 206:9

**Cedar** [1] - 199:9
**Cellino** [1] - 196:14
**Central** [2] - 196:6, 196:22
**cetera** [2] - 199:22, 208:19
**change** [5] - 210:4, 210:7, 210:8, 211:4, 211:7
**children** [7] - 199:3, 199:5, 199:8, 211:10, 211:22, 217:5, 217:8
**Chinese** [1] - 219:18
**City** [1] - 196:15
**claim** [5] - 215:10, 222:10, 222:13
**clamming** [2] - 200:2, 210:9
**clean** [1] - 208:12
**clear** [1] - 225:7
**clearly** [1] - 218:1
**CLERK** [2] - 197:17, 197:22
**collecting** [4] - 215:20, 215:24, 216:7, 225:5
**commercial** [1] - 216:14
**compare** [1] - 212:7
**complain** [1] - 206:22
**complaints** [2] - 206:8, 206:20
**concluded** [2] - 204:9, 225:17
**condition** [1] - 212:4
**confined** [1] - 208:3
**constantly** [1] - 206:25
**continue** [4] - 210:24, 211:1, 211:12, 216:18
**Continued** [4] - 203:8, 204:10, 224:14, 225:18
**conversation** [2] - 202:23, 214:4
**cook** [1] - 208:12
**cooked** [1] - 222:5
**correct** [14] - 200:10, 202:4, 207:14, 214:17, 214:20, 215:8, 216:8, 216:21, 217:3, 221:8, 221:21, 221:25, 222:3, 222:16
**corroborates** [1] - 204:6
**counsel** [1] - 225:3

**Country** [1] - 196:14
**couple** [2] - 205:20, 218:22
**course** [2] - 205:19, 222:4
**Court** [1] - 196:21
**court** [4] - 204:5, 204:6, 205:1, 226:1
**COURT** [48] - 196:1, 196:11, 197:3, 197:8, 197:14, 198:1, 198:14, 198:18, 202:11, 202:14, 202:20, 202:23, 203:1, 203:4, 203:6, 204:7, 205:2, 206:12, 207:5, 207:9, 209:24, 211:18, 212:14, 212:21, 214:14, 215:12, 215:16, 218:5, 218:12, 221:16, 221:18, 223:15, 223:20, 223:22, 224:8, 224:11, 225:2, 225:8, 225:11, 225:15, 226:10, 226:14, 226:16, 226:20, 226:25, 227:4, 227:8, 227:10
**court's** [1] - 207:1
**Courthouse** [1] - 196:6
**courtroom** [2] - 197:13, 227:11
**crashed** [1] - 201:22
**CROSS** [3] - 196:7, 213:1, 228:9
**Cross** [1] - 202:1
**CROSS-EXAMINATION** [2] - 213:1, 228:9
**CV-08-474** [1] - 196:4

## D

**dated** [2] - 198:20, 198:25
**days** [8] - 209:12, 209:19, 210:19, 218:17, 218:18, 218:22, 218:23
**December** [2] - 198:13, 216:1
**deed** [8] - 200:22, 200:23, 213:6, 213:8, 213:14, 214:1, 214:5, 214:8

deeded [1] - 200:12
Defendant [2] - 196:8, 196:17
defense [3] - 201:2, 225:3, 226:23
deposition [1] - 213:10
describe [2] - 199:17, 212:16
described [1] - 201:23
difference [2] - 212:16, 212:17
different [3] - 218:15, 218:20, 222:9
difficult [1] - 206:16
dinner [1] - 219:13
DIRECT [2] - 198:4, 228:7
direct [1] - 213:5
disability [5] - 215:21, 215:24, 216:7, 225:5, 226:8
disabled [3] - 215:7, 215:14, 223:24, 224:3, 226:4
discomfort [1] - 206:9
discuss [3] - 200:16, 202:1, 226:21
Disney [3] - 209:13, 218:14, 218:25
DISTRICT [3] - 196:1, 196:1, 196:11
divorce [1] - 199:1
doctor [1] - 227:2
dogs [1] - 217:2
done [1] - 222:7
down [13] - 201:24, 206:11, 206:16, 206:17, 210:1, 210:9, 210:10, 210:20, 210:22, 218:14, 218:18, 226:16
drive [3] - 206:6, 217:5
Drive [1] - 199:9
driving [1] - 221:24
duly [1] - 197:20
during [1] - 205:19

**E**

earned [1] - 224:5
earning [5] - 225:10, 226:6, 226:7, 226:8
EASTERN [1] - 196:1
eat [2] - 199:23, 200:3
engineer [1] - 224:4
enjoyed [1] - 199:24
enters [1] - 197:13
ESQ [3] - 196:13,

196:17, 196:17
essentially [1] - 213:7
et [2] - 199:22, 208:19
events [2] - 217:5, 217:8
exactly [4] - 202:25, 209:11, 217:19, 217:24
EXAMINATION [6] - 198:4, 213:1, 222:22, 228:7, 228:9, 228:11
examination [1] - 213:5
examined [1] - 197:20
excuse [3] - 214:23, 217:22, 221:3
expert [2] - 226:18, 227:5
eyes [1] - 201:18

**F**

facilities [1] - 206:5
facility [1] - 205:14
fact [1] - 225:4
fall [2] - 215:10, 215:18
family [2] - 207:18, 219:6
father [1] - 211:10
favorite [1] - 219:17
Fax [1] - 196:22
FCRR [1] - 196:21
February [2] - 207:23, 208:10
Federal [1] - 196:22
fell [2] - 201:6, 201:8
felt [2] - 200:23, 201:22
ferry [4] - 199:11, 201:10, 201:22, 211:13, 211:17, 211:20, 214:11, 214:19
Ferry [1] - 202:1
FERRY [1] - 196:7
ferryboat [1] - 201:16
few [6] - 205:19, 212:2, 212:3, 214:11, 214:13, 220:16
first [6] - 199:18, 200:21, 201:12, 202:3, 205:12, 211:9
fish [1] - 220:11
fishing [3] - 200:2, 210:18, 221:20
five [2] - 210:10, 210:14

Florida [4] - 209:4, 209:5, 217:14, 218:1
follow [1] - 227:5
following [2] - 202:4, 202:5
follows [1] - 197:21
food [1] - 222:7
foot [1] - 220:25
form [1] - 226:22
four [7] - 208:7, 208:25, 210:10, 210:14, 211:14, 211:15, 217:11
frame [1] - 220:4
frequency [1] - 210:17
friend [1] - 199:25
fun [1] - 200:8
fusion [1] - 223:12

**G**

G-I-B-S-O-N [1] - 197:25
Garden [1] - 196:15
gardening [1] - 223:17
GEORGE [1] - 196:13
Gibson [6] - 197:16, 197:24, 198:8, 201:2, 204:2, 207:3
GIBSON [4] - 196:3, 196:4, 197:19, 228:6
grab [1] - 206:25
great [1] - 208:13
GRIDELLI [38] - 196:13, 197:16, 198:5, 198:19, 202:12, 202:15, 203:3, 203:5, 203:7, 204:2, 204:8, 205:7, 207:1, 207:8, 207:12, 211:21, 212:15, 212:22, 212:24, 213:17, 213:19, 214:12, 218:11, 220:4, 222:23, 223:16, 223:21, 223:23, 224:9, 225:3, 225:9, 225:13, 226:2, 226:12, 226:18, 227:2, 228:8, 228:12

**H**

half [2] - 210:11, 210:15
hand [3] - 197:18, 206:22, 206:24
HBO [2] - 224:4, 224:6
hear [8] - 198:2, 200:6, 202:23,

207:10, 211:19, 215:13, 218:6, 226:11
heard [1] - 226:12
Heather [30] - 198:8, 198:12, 199:7, 199:18, 200:13, 200:17, 201:2, 201:5, 201:7, 204:2, 205:9, 205:20, 205:25, 206:4, 207:13, 209:1, 209:15, 209:20, 211:9, 212:7, 213:6, 213:14, 214:10, 214:16, 215:23, 216:3, 219:6, 220:2, 221:9, 226:3
HEATHER [1] - 196:3
Heather's [3] - 207:21, 212:1, 212:4
hello [1] - 198:17
help [3] - 207:19, 208:10, 223:2
helped [1] - 208:12
higher [1] - 198:16
hired [1] - 222:10
hold [1] - 206:25
home [5] - 200:24, 201:13, 201:15, 201:18, 213:12, 216:25
homemaking [1] - 208:19
Honor [8] - 202:13, 212:24, 220:4, 222:21, 224:10, 226:18, 226:24, 227:7
HONORABLE [1] - 196:10
hope [1] - 201:8
horsepower [1] - 221:1
hotel [4] - 209:23, 210:2, 218:23, 218:25
hour [4] - 210:11, 210:14, 210:15, 220:17
hours [5] - 200:4, 210:10, 210:14, 220:16
house [8] - 200:9, 200:12, 200:13, 207:25, 208:12, 213:15, 216:11, 216:15
household [1] - 222:7
housekeeping [1] -

208:19
hurt [1] - 206:10
hurting [1] - 206:22
husband [1] - 204:3

**I**

idea [1] - 212:11
improvement [2] - 212:4, 212:6
inboard [3] - 221:5, 221:6, 221:7
INC [1] - 196:7
incident [10] - 202:1, 206:2, 210:13, 215:1, 215:5, 217:12, 220:5, 220:7, 222:15, 222:17
information [1] - 204:4
injured [1] - 199:10, 201:10
injuries [3] - 205:10, 205:21, 206:1
intercourse [1] - 222:16
interest [1] - 200:13
intimacy [1] - 211:4
Islip [2] - 196:6, 196:22
issue [1] - 213:6

**J**

January [2] - 216:22, 216:23
Jersey [5] - 209:18, 209:21, 217:16, 218:2, 222:24
Jess [1] - 211:24
John [1] - 200:5
JONATHAN [4] - 196:4, 197:19, 197:25, 228:6
Jonathan [5] - 197:16, 197:24, 198:6, 201:20, 222:24
judge [3] - 199:17, 207:1, 223:21
JUDGE [1] - 196:11
Jury [2] - 197:13, 227:11
jury [6] - 196:11, 197:4, 198:1, 199:17, 224:5, 225:12

**K**

keep [3] - 198:1,

200:5, 209:24
**kids** [2] - 208:13, 212:2

## L

**last** [6] - 211:14, 214:11, 221:8, 221:11, 221:22, 226:25
**lawsuit** [2] - 198:10, 201:3
**lawyer** [1] - 197:5
**LDW** [1] - 196:5
**learn** [1] - 207:6
**leaves** [1] - 227:11
**LEONARD** [1] - 196:10
**less** [3] - 199:13, 210:17, 226:6
**life** [2] - 199:18, 199:24
**Line** [1] - 220:22
**line** [2] - 213:17, 213:18
**LISA** [1] - 196:17
**live** [3] - 207:19, 207:21, 208:15
**lives** [1] - 208:17
**living** [1] - 224:2
**Lombardi** [1] - 196:21
**loud** [1] - 225:11
**louder** [3] - 201:20, 207:4, 207:6
**love** [2] - 201:6, 201:8
**loved** [3] - 210:17, 210:18
**low** [1] - 206:10
**lucky** [2] - 210:16, 210:21

## M

**major** [1] - 212:6
**Mako** [4] - 219:20, 220:13, 220:14
**marriage** [4] - 199:3, 199:19, 211:9, 215:23
**married** [10] - 198:8, 199:14, 200:9, 201:7, 216:1, 216:3, 216:6, 225:5, 225:6, 226:3
**marry** [2] - 198:12, 201:5
**marrying** [2] - 198:20, 201:3
**Mattituck** [1] - 219:18
**mean** [2] - 200:4,

210:19
**mechanical** [1] - 196:25
**medical** [5] - 205:9, 205:12, 205:21, 206:1, 206:4
**members** [1] - 207:18
**men's** [1] - 197:7
**mentioned** [1] - 210:23
**met** [1] - 216:4
**microphone** [1] - 198:15
**mike** [1] - 206:13
**Mineola** [1] - 196:19
**minute** [1] - 214:10
**minutes** [1] - 210:12
**mom** [3] - 207:21, 208:15, 208:18
**Monday** [5] - 205:13, 226:19, 226:21, 227:6, 227:13
**month** [1] - 210:22
**months** [3] - 199:18, 205:19, 206:2
**morning** [6] - 198:6, 198:7, 213:3, 213:4, 226:19, 226:21
**mother** [10] - 205:16, 205:17, 205:18, 206:6, 208:8, 208:10, 208:16, 212:1, 212:2
**mothers** [1] - 218:24
**motorized** [1] - 219:8
**MR** [61] - 197:7, 197:16, 198:5, 198:19, 202:10, 202:12, 202:15, 202:19, 203:3, 203:5, 203:7, 204:2, 204:8, 205:7, 207:1, 207:8, 207:12, 211:21, 212:13, 212:15, 212:20, 212:22, 212:24, 213:2, 213:17, 213:18, 213:19, 213:20, 214:12, 214:15, 215:14, 215:17, 218:8, 218:11, 220:4, 220:5, 221:19, 222:20, 222:23, 223:14, 223:16, 223:19, 223:21, 223:23, 224:7, 224:9, 225:3, 225:9, 225:13, 226:2, 226:9, 226:12,

226:15, 226:18, 226:24, 227:2, 227:7, 227:9, 228:8, 228:10, 228:12

## N

**name** [2] - 197:23, 197:24
**negative** [2] - 211:7, 211:8
**never** [1] - 222:10
**NEW** [1] - 196:1
**new** [5] - 220:18, 220:19, 220:20, 220:21, 221:20
**New** [5] - 196:6, 196:15, 196:19, 196:22, 199:9
**next** [7] - 197:15, 203:8, 204:10, 205:19, 206:1, 224:14, 225:18
**nice** [2] - 208:14, 227:10
**Nickelodeon** [2] - 218:3, 218:7
**night** [3] - 201:13, 201:15, 214:22
**normally** [1] - 206:4
**nothing** [1] - 212:24
**November** [7] - 198:13, 199:11, 201:10, 208:22, 214:24, 215:1, 220:8

## O

**objection** [11] - 202:10, 202:11, 202:19, 212:13, 212:20, 214:12, 218:11, 223:14, 223:19, 224:7, 226:9
**observed** [1] - 201:15
**occasionally** [1] - 219:16
**ocean** [1] - 210:18
**October** [3] - 213:11, 215:7, 215:14
**OF** [2] - 196:1, 196:10
**off-site** [1] - 218:25
**Official** [1] - 196:21
**Old** [1] - 196:14
**once** [2] - 210:22, 211:14
**one** [11] - 198:10, 217:14, 217:16, 218:1, 218:2, 218:13, 221:13, 221:15, 221:22,

225:6
**open** [2] - 205:1, 226:1
**opening** [3] - 200:15, 201:1, 225:4
**opinion** [1] - 226:22
**opportunist** [3] - 201:3, 225:4
**organization** [1] - 216:14
**Orlando** [1] - 209:9
**out-of-court** [1] - 204:5
**outboard** [1] - 221:5
**outside** [2] - 216:10, 216:15
**overruled** [2] - 205:5, 225:16
**Overruled** [2] - 214:14, 218:12
**own** [2] - 213:11, 216:12
**owned** [2] - 200:9, 213:11

## P

**Page** [1] - 228:3
**page** [6] - 203:8, 204:10, 213:17, 213:18, 224:14, 225:18
**pain** [2] - 201:19, 206:9
**part** [2] - 200:12, 200:22
**partake** [1] - 209:15
**party** [1] - 222:11
**past** [1] - 216:22
**Paul** [1] - 196:21
**pause** [1] - 197:10
**Peconic** [1] - 221:17
**people** [1] - 202:1
**percent** [3] - 212:11, 212:12, 212:19
**percentage** [1] - 212:10
**perform** [1] - 222:13
**period** [2] - 198:20, 208:4
**permission** [1] - 207:2
**Ph** [1] - 196:22
**phone** [1] - 202:21
**physical** [1] - 209:20
**place** [2] - 215:2, 219:17
**Plaintiff** [1] - 196:13
**plaintiff** [1] - 207:7
**plaintiffs** [1] - 198:10
**Plaintiffs** [1] - 196:5

**play** [1] - 217:8
**Plaza** [1] - 196:22
**point** [5] - 200:12, 201:9, 201:25, 207:13, 225:9
**position** [1] - 206:18
**positive** [1] - 211:7
**prepared** [1] - 227:5
**present** [2] - 201:25, 202:6
**pretty** [2] - 211:11, 223:7
**Pro** [1] - 220:22
**Pro-Line** [1] - 220:22
**Proceedings** [1] - 196:25
**proceedings** [1] - 197:11
**produced** [1] - 196:25
**pull** [1] - 198:16
**put** [3] - 212:10, 214:8, 216:6

## Q

**questions** [4] - 216:17, 220:6, 222:20, 226:15

## R

**raise** [1] - 197:17
**ready** [1] - 226:23
**really** [1] - 208:14
**reason** [2] - 200:24, 214:19
**reasons** [1] - 225:6
**record** [1] - 197:23
**recorded** [1] - 196:25
**REDIRECT** [2] - 222:22, 228:11
**relate** [1] - 220:6
**relationship** [1] - 210:3
**relax** [1] - 210:1
**relaxing** [1] - 209:23
**remain** [1] - 197:17
**remember** [5] - 213:10, 218:1, 218:3, 223:3, 223:4
**repeat** [1] - 205:23
**Reporter** [1] - 196:21
**reside** [1] - 199:7
**resistant** [1] - 214:6
**respect** [1] - 222:9
**restaurant** [1] - 219:18
**result** [2] - 205:9, 211:4
**resumes** [1] - 197:1
**returned** [1] - 201:15

**ride** [2] - 201:10, 211:13
**rides** [2] - 200:3, 209:15
**Ridge** [1] - 208:17
**riding** [2] - 214:11, 214:19
**RMR** [1] - 196:21
**Road** [1] - 196:14
**room** [1] - 197:7

## S

**Saturday** [1] - 202:3
**SCOGNAMILLO** [1] - 196:17
**seated** [2] - 197:14, 197:22
**second** [1] - 226:12
**security** [3] - 215:20, 215:24, 216:7
**see** [2] - 215:5, 226:21
**sense** [1] - 201:23
**SERVICES** [1] - 196:7
**services** [2] - 222:9, 222:13
**seven** [2] - 209:12, 218:18
**sexual** [1] - 222:16
**shared** [1] - 199:22
**shopping** [2] - 219:10, 222:7
**Shore** [5] - 209:18, 209:21, 217:16, 218:2, 222:24
**show** [1] - 222:2
**Sidebar** [4] - 204:1, 204:9, 225:1, 225:17
**sidebar** [6] - 202:12, 203:3, 203:5, 203:6, 224:9, 224:12
**sit** [3] - 206:11, 206:16, 206:17
**site** [2] - 218:25, 219:1
**sitting** [1] - 202:22
**sleeping** [1] - 207:24
**social** [3] - 215:20, 215:24, 216:7
**sold** [1] - 219:25
**sometime** [1] - 207:23
**sometimes** [1] - 206:6
**sorry** [8] - 205:22, 206:14, 207:8, 211:18, 215:12, 218:5, 223:1, 225:14
**SOUND** [1] - 196:7
**Sound** [1] - 202:1
**Southold** [2] - 199:9, 200:9
**specific** [1] - 206:8

**specifically** [1] - 208:1
**spell** [1] - 197:23
**spend** [2] - 210:9, 210:19
**spent** [3] - 216:25, 218:17, 218:23
**spinal** [1] - 223:11
**sporting** [2] - 217:5, 217:8
**spouse** [1] - 216:7
**stand** [2] - 207:2, 223:15
**standing** [2] - 197:17, 206:18
**started** [3] - 207:24, 215:20, 216:6
**state** [1] - 197:23, 217:20
**statement** [3] - 201:2, 204:5, 225:4
**statements** [1] - 200:15
**STATES** [2] - 196:1, 196:11
**States** [1] - 196:6
**stay** [3] - 208:1, 208:8, 209:23
**stayed** [3] - 207:25, 208:9, 208:10
**stenography** [1] - 196:25
**step** [1] - 226:16
**stepdaughter** [1] - 211:24
**stepfather** [1] - 199:5
**still** [3] - 205:5, 208:16, 219:23
**stopped** [2] - 211:16, 211:23
**Street** [1] - 196:18
**Studios** [1] - 219:2
**stuff** [1] - 200:8
**Suite** [1] - 196:22
**summer** [1] - 221:11
**Sunday** [3] - 202:9, 202:16, 202:18
**supervisor** [2] - 224:4, 224:6
**surgery** [9] - 207:13, 208:3, 208:8, 212:5, 212:8, 221:11, 222:25, 223:11, 223:12
**surveilled** [1] - 214:16
**sustain** [1] - 202:11
**sustained** [3] - 203:2, 205:10, 226:10
**Sustained** [6] - 204:7, 212:14, 223:20, 223:22, 224:8,

226:10
**sworn** [1] - 197:20

## T

**takeout** [1] - 219:19
**tears** [1] - 201:18
**ten** [3] - 209:12, 218:17, 218:18
**testified** [5] - 197:21, 204:2, 213:5, 214:10, 217:11
**testify** [1] - 203:4
**THE** [57] - 196:10, 197:3, 197:8, 197:14, 197:17, 197:22, 197:24, 198:1, 198:14, 198:18, 202:11, 202:14, 202:20, 202:22, 202:23, 202:25, 203:1, 203:4, 203:6, 204:7, 205:2, 206:12, 206:14, 207:5, 207:9, 207:11, 209:24, 211:18, 211:20, 212:14, 212:21, 214:14, 215:12, 215:16, 218:5, 218:7, 218:12, 221:16, 221:17, 221:18, 223:15, 223:20, 223:22, 224:8, 224:11, 225:2, 225:8, 225:11, 225:15, 226:10, 226:14, 226:16, 227:4, 227:8, 227:10
**third** [2] - 222:11
**Third** [1] - 196:18
**three** [10] - 199:3, 199:5, 199:7, 208:7, 208:25, 209:19, 210:10, 211:14, 217:11, 220:14
**today** [1] - 226:17
**together** [9] - 199:24, 200:1, 200:8, 216:25, 217:6, 217:9, 219:13, 220:11, 222:2
**took** [7] - 205:16, 212:1, 212:2, 213:10, 215:2, 218:17, 219:8
**totally** [1] - 200:21
**TRANSCRIPT** [1] - 196:10

**Transcript** [1] - 196:25
**transported** [1] - 217:2
**treatment** [4] - 205:9, 205:12, 205:21, 206:1
**Trial** [1] - 197:1
**trial** [1] - 227:12
**TRIAL** [1] - 196:10
**tried** [1] - 202:3
**trip** [4] - 201:16, 209:13, 209:21, 222:24
**trying** [1] - 214:5
**Tuesday** [1] - 227:3
**twice** [2] - 210:22, 211:14
**two** [5] - 209:19, 217:18, 218:9, 220:14, 220:17
**type** [3] - 199:21, 209:20

## U

**UNITED** [2] - 196:1, 196:11
**United** [1] - 196:6
**Universal** [2] - 219:2, 219:4
**up** [7] - 198:1, 198:16, 200:5, 207:9, 209:24, 213:6, 213:7

## V

**vacations** [5] - 208:21, 209:17, 217:12, 217:25, 218:9
**venues** [1] - 218:15
**vessel** [3] - 214:22, 214:24, 214:25
**visit** [1] - 211:10
**voice** [3] - 198:1, 200:5, 209:24

## W

**wait** [1] - 197:9
**walked** [3] - 218:14, 219:4, 219:8
**walking** [2] - 206:19, 218:20
**walks** [2] - 200:3, 211:1
**Warner** [1] - 224:4
**watched** [1] - 217:8
**water** [4] - 201:24, 210:9, 210:17, 221:16
**weekend** [1] - 211:10,

221:8, 227:10
**weeks** [2] - 208:7, 210:19
**WEXLER** [1] - 196:10
**wife** [5] - 208:3, 211:4, 216:18, 219:10, 223:17
**WILL** [25] - 196:17, 197:7, 202:10, 202:19, 212:13, 212:20, 213:2, 213:18, 213:20, 214:15, 215:14, 215:17, 218:8, 220:5, 221:19, 220:20, 223:14, 223:19, 224:7, 226:9, 226:15, 226:24, 227:7, 227:9, 228:10
**witness** [2] - 197:15, 226:25
**WITNESS** [8] - 197:24, 202:22, 202:25, 206:14, 207:11, 211:20, 218:7, 221:17
**witnesses** [2] - 226:17, 226:23
**Witnesses** [1] - 228:3
**wonderful** [1] - 199:20

## Y

**year** [4] - 198:24, 199:13, 211:9, 225:10
**years** [5] - 205:20, 206:2, 211:15, 214:11
**YORK** [1] - 196:1
**York** [5] - 196:6, 196:15, 196:19, 196:22, 199:9